**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:
    **PIPER, Hollis A.**                                      **Chapter 13**
    **PIPER, Lorraine**                                   **Case # 14-11837-FJB**
                        **Debtors**

**ORDER CONFIRMING CHAPTER 13 PLAN**

      The Debtors filed an Amended Chapter 13 Plan (the "Plan") on June 25, 2014. The Debtors filed a Certificate of Service on June 25, 2014, reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed, or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

    1.    The Plan is confirmed. The term of the Plan is 60 months.

    2.    The Debtors shall pay to the Chapter 13 Trustee the sum of $378.00 per month commencing June 1, 2014 which payments shall continue through the completion of the Plan and shall be made on the 1st day of each month unless otherwise ordered by the Court. Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to: Carolyn A. Bankowski, Chapter 13 Trustee, P.O. Box 1131 Memphis, TN 38101-1131.

    3.    The effective date of confirmation of the Plan is June 1, 2014. The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan. Unless otherwise ordered by the court, all property of the estate as defined in U.S.C.§§ 541 and 1306, including, but not limited to, any appreciation in the value of real property owned by the debtor as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the Debtors only upon discharge. All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court. The Debtors shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the confirmed plan or other order of the bankruptcy court. The Debtors shall be responsible for preserving and protecting property of the estate.

Dated: _____                        _/s/ Frank J. Bailey_
                                                    United States Bankruptcy Judge

bc                                                                        01/22/2015

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:
    **PIPER, Hollis A.**　　　　　　　　　　**Chapter 13**
    **PIPER, Lorraine**　　　　　　　　　　**Case # 14-11837-FJB**
　　　　　　　　**Debtors**

## SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

**1.  Modified Secured Claims**

NONE

**2.  Unmodified Secured Claims**

NONE

**3.  Administrative Claims**

NONE

**4.  Priority Claims**

NONE

**5.  Unsecured Claims**

The holders of unsecured claims totaling $203,239.29 shall receive a dividend of no less than 10.04%.

**6.  Other Pertinent Provisions**

NONE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re:
**PIPER, Hollis A.**
**PIPER, Lorraine**
         **Debtors**

Chapter 13
Case # 14-11837-FJB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within proposed order of confirmation was served upon the Debtor(s), Debtors counsel of record and all parties and attorneys who have filed appearances and requests for service of pleadings, per the following service list, by first class mail, postage prepaid or by electronic filing.

Dated: <u>December 16, 2014</u>                         Respectfully submitted,

By: **/s/ Carolyn Bankowski**
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114-0033
617-723-1313

**SERVICE LIST**

Hollis & Lorraine Piper
128 Leighton Road
Hyde Park, MA  02136

Nicholas L. Triantos, Esq.
Stonehill Corporate Center
999 Broadway Suite 402
Saugus, MA  01906

MDOR/CSE
P.O. Box 9561
Boston, MA  02114